Robert A. Garcia
Name
2613 Redwood St.
SFNM 87507
Address

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2018 JAN 16 AM 11:13

CLERK-SANTA FE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

Robert A. Garcia, Plaintiff
(Full Name)

CASE NO. CV 18-47
(To be supplied by the Clerk)

V.

United States of America
US Department of Veterans Affairs
Defendant(s)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C. §1983

## A. JURISDICTION

1) Robert A. Garcia, is a citizen of New Mexico
   (Plaintiff)                                    (State)
   who presently resides at 2613 Redwood St.
                            (Mailing address or place of confinement)
   Santa Fe, New Mexico 87507.

2) Defendant USA / US Department of Veterans Affairs is a citizen of
              (Name of first defendant)
   Washington DC, and is employed as
   (City, State)
   _____. At the time the claim(s)
   (Position and title, if any)
   alleged in this complaint arose, was this defendant acting under color of state law?
   Yes ☐    No ☐    If your answer is "Yes", briefly explain:

3) Defendant _____ is a citizen of
   (Name of second defendant)
   _____, and is employed as
   (City, State)
   _____ . At the time the claim(s)
   ( Position and title, if any)
   alleged in this complaint arose, was this defendant acting under color of state.
   Yes ☐   No ☐    If your answer is "Yes", briefly explain:

   (Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.)

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

I was never on any medications other than Diazapam for Cervical Spondylosis Degenerative Neck disease from years in USMC while carrying heavey gear. decided to file for disability. Enrolled in V.A. and started multiple medication for some deppression, Anxiety after MVD accident 2005. Unnessary high doses were prescribed that started to take a toll on my Life. Long Term side effects outweighed the benifits medications after medication to counter side effects led to falls and Finally T.B.I and several Hospital XE- 217 visits from Effexor withrawl. No medication monitoring. No Refferals from V.A. Neglect after the fact. Adverse Reactions.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

A)(1) Count I: Hipocratic OATH TREATING veterans (myself like a guinnea pig (experimenting) Denied Physical Rehab at V.A. and other services Never Treated Subdural Hematoma March 25 2016 Fall That Finally caused Permanent Impairment Ignored,

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.)

Dr. David J Manno was overprescribing medications and Ignoring Adverse Reactions (significant) I have had to see numourous out side providers because of Neglect after the Fact. Hipocratic oath to do no harm was not Taken Seriously, Inaccurate Portayal of Events Bias has prevented care. Team in SF CBoc Clinic has prevented care. Lack of care is evident V.A. missed or Intentionally did not Provide care. Head Injury Never Triaged by V.A.

B)(1) Count II: IV also Filed 1151? Dr. Manno (David J.) did not communicate with primary care physicians about medication side effects and were (accusatory Nurse Scott o Sandager) some medications (most were started without my consent. (Still have scripts, my Research proves deathly Interactions, Example Alfuzosin Sildenafil!

(2) Supporting Facts:

Attached

e) Approximate date of filing lawsuit: _____

f) Approximate date of disposition: _____

2) I have previously sought informal or formal releif from the appropriate administrative officials regarding the acts complained of in Part C.  Yes ☐   No ☒   If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No," briefly explain why administrative relief was not sought.

### E.   REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

_____          _____
Signature of Attorney (if any)                              Signature of Petitioner

Attorney's full address and telephone number.

XE-2    2/78                                                    - 5 -

C)(1) Count III:

AS STATED IN 1, 2 (cover up by Doctor Murano) by planned TAPAr of Venlafaxine after sever side effects

(2) Supporting Facts:   ATTACHed

D) PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?
Yes ☐.   No ☒.   If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit.

      Plaintiffs: _____

      Defendants: _____

   b) Name of court and docket number:

   c) Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?

   d) Issues raised: _____

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. Sec. 1746. 18 U.S.C. Sec. 1621.

Executed at _____ on _____ 20__.
                  (Location)                    (Date)

_____
(Signature)