IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROBERT A. GARCIA,

        Plaintiff,

v.                                                                                                                        CIV No. 18-0047 KG/LF

UNITED STATES OF AMERICA, and
UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS,

        Defendants.

## FINAL JUDGMENT

      Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Order dismissing Plaintiff's case,

      IT IS ORDERED that this case is DISMISSED without prejudice.

                                                                          _____
                                                                          UNITED STATES DISTRICT JUDGE